# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970−4 | User: gatesk | Date Created: 11/8/2010 |
| Case: 4:10−bk−30784−EWH | Form ID: pdf004 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
tr      TRUDY A. NOWAK
aty      MARK 1 BOSCO      ecf@tblaw.com
aty      STEPHEN MARK TREZZA      attorney7335@gmail.com

                                                               TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Richard Alan O'Haver      3392 S Twilight Echo Rd      Tucson, AZ 85735
jdb      Margaret O'Haver      3392 S Twilight Echo Rd      Tucson, AZ 85735

                                                               TOTAL: 2