FORM ntcntry

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 4:10–bk–30784–EWH |
| Richard Alan O'Haver<br>3392 S Twilight Echo Rd<br>Tucson, AZ 85735<br>**SSAN:** xxx–xx–6652<br>**EIN:** | Chapter: 7 |
| Margaret O'Haver<br>3392 S Twilight Echo Rd<br>Tucson, AZ 85735<br>**SSAN:** xxx–xx–6545<br>**EIN:** | |
| Debtor(s) | |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

You are hereby notified that on November 8, 2010, this Court entered the enclosed judgment or order on the docket for the above–entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: November 8, 2010**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701–1704
Telephone number: (520) 202–7500
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**