# Notice Recipients

District/Off: 0970–4   User: gatesk   Date Created: 11/8/2010
Case: 4:10–bk–30784–EWH   Form ID: ntcntry   Total: 5

**Recipients of Notice of Electronic Filing:**
tr   TRUDY A. NOWAK
aty   MARK 1 BOSCO   ecf@tblaw.com
aty   STEPHEN MARK TREZZA   attorney7335@gmail.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Richard Alan O'Haver   3392 S Twilight Echo Rd   Tucson, AZ 85735
jdb   Margaret O'Haver   3392 S Twilight Echo Rd   Tucson, AZ 85735

TOTAL: 2